TERESA O'C. ADAMS, Appellant, *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.

(Argued March 14, 1934; decided April 17, 1934.)

*Wilberforce Sully, Jr.,* for appellant.
*William J. McArthur* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.